**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD EARLE GREEN,

                Plaintiff,                          21 **CIVIL** 8550 (NSR)(AEK)

      -v-                                           **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated March 6, 2023, the Court has adopted the R&R in its entirety. Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's cross-motion is DENIED. Judgment is entered in favor of the Plaintiff and the matter is remanded for further proceedings.

**Dated:**  New York, New York
            March 7, 2023

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                    **BY:**     *K. Mango*

                                                      **Deputy Clerk**